IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON CONSULTING GROUP, INC., )<br>DE BEERS GROUP, )<br>ANGELO AMERICAN PLC, )<br>ORIGYN FOUNDATION )<br>DE BEERS JEWELERS (US), INC., )<br>SIGNET JEWELERS, )<br>BRILLIANT EARTH INC., AND )<br>DE BEERS UK LIMITED )<br>   Defendants. )<br>_____) | CASE NO. 4:25-CV-4031 |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND FOR RESCHEDULING RULE 16 CONFERENCE**

Plaintiff Max A. Rady ("Rady") and Defendants Boston Consulting Group, Inc. ("BCG"), Anglo American PLC ("Anglo American"), De Beers Jewelers (US), Inc ("De Beers Jewelers US"), and De Beers UK Limited ("De Beers UK") respectfully submit this joint motion to align the deadlines for Defendants BCG, Anglo American, De Beers Jewelers US and De Beers UK to answer or otherwise respond to Rady's Complaint for Patent Infringement and Correction of Inventorship and for rescheduling the Rule 16 conference from November 21, 2025, to January 15, 2026, or as soon thereafter as is convenient for the Court.

As grounds for this motion, the Plaintiff and Defendants BCG, Anglo American, De Beers Jewelers US and De Beers UK have agreed as follows: (1) for Anglo American and De Beers UK, both foreign entities, to waive service of process, (2) that the deadline for Anglo American and De Beers UK to answer or otherwise respond to the Complaint for Patent Infringement (Dkt. No. 1) ("the Complaint") shall be on or before December 29, 2025 pursuant to Federal Rule of Civil Procedure 4(D)(3), and (3) to extend for BCG and De Beers Jewelers US, the deadline to answer

1

or otherwise respond to the Complaint a sufficient period such that BCG and De Beers Jewelers US, shall likewise answer or otherwise respond to the Complaint on or before December 29, 2025.[1] The Parties further request that the Court reschedule the Rule 16 conference form November 21, 2025, to January 15, 2026, or as soon thereafter as is convenient for the Court.

    Good cause exists because the requested relief will allow the parties (including foreign entities) to respond to the Complaint on a coordinated basis and to then meaningfully hold a coordinated Rule 26(f) conference to discuss relevant discovery and schedule in view of Rady's allegations and their responses to the Complaint. A trial date has not been set in this case, nor has a schedule been set.

Dated: October 9, 2025                    Respectfully Submitted:

*/s/ Karl Rupp*
Karl Rupp
State Bar. No. 24035243
SOREY & HOOVER LLP
100 N. 6th Street, Ste. 503
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

*COUNSEL FOR PLAINTIFF*

Aaron G. Fountain
State Bar No. 24050619
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
COUNSEL FOR DEFENDANT BOSTON
CONSULTING GROUP INC.

---

[1] To the extent Defendant De Beers Group is a legal entity that has been served with the Complaint (which is disputed), its deadline to respond shall also be December 29, 2025.

Christopher P. Borello (*pro hac vice forthcoming*)
Joshua D. Calabro (*pro hac vice forthcoming*)
VENABLE LLP
151 W. 42nd St., 49th Floor
New York, NY 10036
(212) 307-5500

*COUNSEL FOR DEFENDANTS ANGLO AMERICAN PLC, DE BEERS JEWELERS (US), INC, DE BEERS UK LIMITED*

MF-363390646

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I certify that on 9th day of October 2025, a copy of the foregoing was served through the Court's CM/ECF system to all parties who have entered an appearance in this lawsuit.

                                              */s/ Karl Rupp*
                                              Karl Rupp

MF-363390646