IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX A. RADY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-4031 |
| | § | |
| BOSTON CONSULTING GROUP, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Max A. Rady, and several defendants, Boston Consulting Group, Inc., Anglo American PLC, De Beers Jewelers (US), Inc, and De Beers UK Limited, have jointly moved to extend the time to answer or otherwise respond to the plaintiff's complaint and to reschedule the Rule 16 conference. (Docket Entry No. 10). The joint motion is granted, and the court applies its timeline to all defendants in this action. All defendants must answer or otherwise respond to the plaintiff's complaint on or before December 29, 2025. The initial conference is reset for January 15, 2026, at 9:30 a.m. CT.

This order overrides the court's October 9, 2025, order granting Brilliant Earth, Inc.'s motion for an extension. (Docket Entry No. 11). Brilliant Earth, Inc. must answer or otherwise respond to the plaintiff's complaint on or before December 29, 2025.

SIGNED on October 14, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge