IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY, | |
| Plaintiff, | CASE NO. 4:25-cv-4031 |
| v. | |
| BOSTON CONSULTING GROUP, INC., DE BEERS PLC, D/B/A DE BEERS GROUP, ANGLO AMERICAN PLC, ORIGYN FOUNDATION, DE BEERS JEWELLERS (US), INC., SIGNET JEWELERS, BRILLIANT EARTH INC, DE BEERS UK LIMITED, ORIGYN RESEARCH USA LLC PAN-INDUSTRIAL LLC, PAN INDUSTRIAL PLATFORMS LLC, AND PAN INDUSTRIAL SERVICES LLC | Judge: Lee H. Rosenthal |
| Defendants. | |

DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF DEFENDANTS PAN-INDUSTRIAL LLC, PAN INDUSTRIAL PLATFORMS LLC, AND PAN INDUSTRIAL SERVICES LLC'S MOTION TO DISMISS

I, Michael Schwartz, declare as follows:

1. I am manager of Pan Industrial Services LLC and Pan Industrial Platforms LLC. I submit this declaration in support of Pan Industrial LLC, Pan Industrial Platforms LLC and Pan Industrial Service LLC's Motion to Dismiss. Except as otherwise stated herein, this declaration is based upon my personal knowledge, the books and records of Pan Industrial LLC, Pan Industrial Platforms LLC and Pan Industrial Service LLC, and/or information reported to me in the regular course of business by other individuals in the organizations with personal knowledge of such facts. If sworn as a witness, I could and would testify to the matters referred to below.

2. Pan Industrial LLC was a limited liability company that was incorporated in Delaware and had its principal place of business in California. Pan Industrial LLC is no longer an active entity. On November 25, 2024, Pan Industrial LLC changed its name to Pan Industrial Services LLC.

3. Pan Industrial Services LLC is a Delaware limited liability company with its principal place of business in California. It does not manufacture, use, sell, offer to sell, or import any products; it does not maintain any operations in Texas; and does not have any employees, offices or registered agents in Texas; it does not own or lease any real property in Texas; and none of its officers or managers reside in Texas. Pan Industrial Services LLC's sole connection to Texas is that one member with less than 30% ownership interest in the company lives in Texas.

4. Pan Industrial Platforms LLC is a Delaware limited liability company formed as a passive holding company. It holds assets and equity interest in other entities but conducts no independent business operations, manufactures no products, provides no services, and employs no personnel. Its principal place of business is California. Pan Industrial Platforms LLC maintains no offices, employees, or registered agent in Texas; it does not own or lease any real property in Texas; and none of its officers or managers reside in Texas. Pan Industrial Platforms LLC is a holding company with no business operations or activities in Texas. Pan Industrial Platforms LLC's sole connection to Texas is that a member of less than 30% ownership interest in the company lives in Texas.

5. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not directly make, use, sell, offer for sale, or import physical products.

6. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms

LLC do not directly own or rent property in Texas.

7. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC have no stores, warehouses, call centers, or any other facilities in Texas.

8. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not have any post office boxes or telephone listings in Texas.

9. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not hold a mortgage on any real property in Texas and do not hold a lien on any real property or personal property in Texas.

10. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC are not incorporated in Texas and have no registered agent in Texas.

11. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not have any employees in Texas. Pan Industrial Platforms LLC does not have any employees anywhere.

12. Pan Industrial Services LLC and Pan Industrial Platforms LLC have officers, none of whom are located in Texas. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC's officers do not frequently travel to Texas.

13. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC maintain no inventory of products in Texas, or anywhere.

14. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not advertise any products in print, on billboards, or through any other media source in Texas.

15. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not operate a website from which the public can directly purchase products or services.

16. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not maintain equipment or other infrastructure to service customers in Texas.

17. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC were not formed by Boston Consulting Group ("BCG"). Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC were formed with no affiliation whatsoever to BCG.

18. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC have no connection to BCG.

19. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not operate out of or regularly conduct business out of BCG's Houston Office at 1221 McKinney Street, #3000, Houston, Texas 77010, or out of any BCG office.

20. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC were not formed by Origyn Foundation and do not own, control, are subsidiaries of, nor act as agents for Origyn Foundation.

21. Pan Industrial LLC, Pan Industrial Services LLC and Pan Industrial Platforms LLC do not manufacture, import into, offer for sale, sell, and/or encourage others to use the alleged "Origyn Minting Box".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  10th  day of December 2025 at  Manhattan Beach , California.

Respectfully submitted      _____

Michael Schwartz