IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON CONSULTING GROUP, INC., )<br>DE BEERS PLC d/b/a DE BEERS GROUP, )<br>ANGLO AMERICAN PLC, )<br>ORIGYN FOUNDATION )<br>DE BEERS JEWELERS (US), INC., )<br>SIGNET JEWELERS LIMITED, )<br>BRILLIANT EARTH INC., AND )<br>DE BEERS UK LIMITED )<br>    Defendants. )<br>_____) | CASE NO. 4:25-CV-4031 |

**ORDER**

The plaintiff Max A. Rady, and several defendants, Boston Consulting Group, Inc., Anglo American PLC, De Beers Jewelers (US), Inc, De Beers UK Limited, Signet Jewelers Limited, and Brilliant Earth, have jointly moved to extend the time to answer or otherwise respond to the plaintiff's First Amended Complaint and the reschedule the Rule 16 conference. Finding good cause, the joint motion is granted. The deadline for all defendants to answer or otherwise respond to the First Amended Complaint shall be March 31, 206. By March 17, 2026, Plaintiff shall submit a status report regarding service of any defendants not served as of the date of this Order. The initial Rule 16 conference shall be reset for _____, 2026.

    Signed on December \_\_\_, 2025 at Houston, Texas

_____
Lee H. Rosenthal
Senior United States District Judge