IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX A. RADY, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CASE NO. 4:25-CV-4031 |
| | * | |
| BOSTON CONSULTING GROUP, INC., | * | |
| DE BEERS PLC, D/B/A DE BEERS GROUP, | * | Judge: Lee H. Rosenthal |
| ANGLO AMERICAN PLC, | * | |
| ORIGYN FOUNDATION, | * | |
| DE BEERS JEWELLERS (US), INC., | * | |
| SIGNET JEWELERS, | * | |
| BRILLANT EARTH INC., | * | |
| DE BEERS UK LIMITED, | * | |
| ORIGYN RESEARCH USA LLC | * | |
| PAN-INDUSTRIAL LLC, | * | |
| PAN INDUSTRIAL PLATFORMS, LLC, AND | * | |
| PAN INDUSTRIAL SERVICES LLC | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    * | * | *    *    *    *    * |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Plaintiff, Max A. Rady ("Plaintiff"), and Defendants, Pan-Industrial LLC, Pan Industrial Platforms LLC and Pan Industrial Services LLC (collectively, the "Defendants"), by their undersigned counsel, respectfully file this Motion to Modify the Briefing Schedule regarding the Defendants' Motion to Dismiss, and, in support thereof, state:

1.   Plaintiff filed his First Amended Complaint in this matter on October 27, 2025 asserting patent infringement claims against a number of parties, including the Defendants. ECF 25.

2.      Defendants filed a motion dismiss for lack of personal jurisdiction on December 12, 2025.  ECF 34.  Accordingly, Plaintiff's deadline to respond to Defendants' motion is January 2, 2026 while Defendants' deadline to reply to that opposition is January 16, 2026.

3.      Due to the holidays and counsels' schedule, the parties respectively request a 10-day extension to each of their respective deadlines related to the currently pending motion to dismiss.

4.      If this motion is granted, Plaintiff's opposition will be due January 12, 2026 while Defendants' reply will be February 5, 2026.

5.      Discovery in this case has yet to begin.  Indeed, the deadline for many of the other defendants to answer the first amended complaint has yet to pass while certain foreign defendants have yet to be served.[1]  Accordingly, this extension of time will not impact the overall schedule of this case.

WHEREFORE, Plaintiff and Defendants respectfully request that the deadline for Plaintiff to oppose Defendants' motion to dismiss be set for January 12, 2025 while Defendants' deadline to file a reply to that opposition be set for February 5, 2026.

---

[1] Plaintiffs have requested that these foreign defendants waive service of process.  Plaintiffs have also initiated efforts to serve these foreign defendants through the Hague Convention in the event that these parties will not waive service of process.

Dated: December 26, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Karl Rupp* <br> Karl Rupp <br> Texas State Bar No. 24035243 <br> Sorey & Hoover, LLP <br> 100 N. 6th Street, Suite 503 <br> Waco, Texas 76701 <br> Telephone:    254.265.6817 <br> Facsimile:      903.230.5656 <br> krupp@soreylaw.com <br><br><br> Steven E. Tiller, MD Bar No. <br> (*pro hac vice* motion to be filed) <br> stiller@whitefordlaw.com <br> Whiteford, Taylor & Preston, LLP <br> Seven Saint Paul Street – Suite 1500 <br> Baltimore, Maryland 21202-1636 <br><br> ATTORNEYS FOR PLAINTIFF | */s/ Timothy C. Bauman* <br> Timothy C. Bauman <br> Attorney-in-Charge <br>     Pro hac vice pending <br> SDNY/EDNY No. TB2536 <br> tbauman@baumanlawgroup.com <br> Katrina Loyer <br>      Pro hac vice pending <br> SDNY/EDNY No. 4940607 <br> kloyer@baumanlawgroup.com <br> Bauman Law Group P.C. <br> 141 Parkway Road – Suite 8 <br> Bronxville, New York 10708 <br> 914.337.1715 <br><br> */s/ C. Anderson Parker* <br> C. Anderson Parker <br> SDTX: 567726 <br> andy@psd.law <br> Parker Sanchez & Donnelly PLLC <br> 700 Louisiana Street – Suite 4520 <br> Houston, Texas 77002 <br> 713.659.7200 <br><br> ATTORNEYS FOR DEFENDANTS |

- 4 -

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service and/or electronic transmission on this 26th day of December, 2025.

                                       */s/ Karl Rupp*
                                       Karl Rupp

4910-4398-2980, v. 1