IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON CONSULTING GROUP, INC., )<br>DE BEERS PLC d/b/a DE BEERS GROUP, )<br>ANGLO AMERICAN PLC, )<br>ORIGYN FOUNDATION )<br>DE BEERS JEWELERS (US), INC., )<br>SIGNET JEWELERS, )<br>BRILLIANT EARTH INC., AND )<br>DE BEERS UK LIMITED )<br>  Defendants. )<br>_____ ) | CASE NO. 4:25-CV-4031 |

**ORDER**

Plaintiff, Max A. Rady ("Plaintiff"), and Defendants, Pan-Industrial LLC, Pan Industrial Platforms LLC and Pan Industrial Services LLC (collectively, the "Defendants") have jointly moved to modify the briefing schedule related to Defendants' motion to dismiss. ECF 34. Finding good cause, the joint motion is granted. The deadline for Plaintiff to oppose Defendants' motion shall be January 12, 2026 while Defendants' deadline to submit a reply shall be February 5, 2026.

Signed on December ___, 2025 at Houston, Texas

_____
Lee H. Rosenthal
Senior United States District Judge