United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-25-4031 |
| § | |
| BOSTON CONSULTING GROUP, INC., § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

# ORDER

The plaintiff, Max A. Rady, and several defendants, have jointly moved to extend the time to answer or otherwise respond to the plaintiff's complaint and to reschedule the initial conference. (Docket Entry No. 36). They so move to afford the plaintiff time to serve the remaining foreign defendants under the Hague Convention. The joint motion is granted, and the court applies its timeline to all defendants in this action. All defendants must answer or otherwise respond to the plaintiff's complaint on or before March 31, 2026. Rady must submit a status report on his service of the remaining foreign defendants by March 17, 2026. The initial conference is reset for April 3, 2026, at 9:30 a.m. CT.

SIGNED on December 29, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge