# EXHIBIT C



icrc72-subscriber-mo/LICENSE at main · PanIndustrial-Org/icrc72-subscriber-mo · GitHub