**EXHIBIT F**

Home    Ecosystem    How It Works    Contact Us

# PAN-INDUSTR

Residing at the intersection of **Artificial Intelligence** and **Next-Generation Cloud**

# we. build. trust.



# An Innovation Ecosystem serving Global Enterprise and Industry

Get help with your AI x Next-Gen Cloud Strategy, Build and Assurance

Get help turning New Platform Opps into Externalized Ventures

Get help Financing New Opps and Ventures

**PAN INDUSTRIAL SERVICES**
GO

**PAN INDUSTRIAL PLATFORMS**
GO

**PAN INDUSTRIAL CAPITAL**
GO

| Tech-Enabled Development Studio | AI x Next-Gen Cloud Venture Studio | Venture Capital Funding Vehicle |

# How it Works

Discover how to leverage the Pan Industrial Innovation Ecosystem

## Pan Industrial Services





### WHAT'S IN IT FOR YOU?

AI x Next-Gen Cloud strategy, architecture, build, run and assurance expertise and resourcing

- Agentic AI-driven business productivity and efficiency improvements; and new growth opportunities; throughout your value chain
- AI-driven application optimization, risk reduction and management
- AI-driven application generation and enhancement (zero IT support required)
- Next-Generation Cloud: Leveraging a decentralized and seamlessly interoperable sovereign and/or public network 'computer' capable of hosting entire application and software infrastructure stacks
- Digital Sovereignty: Over AI models, the data supplied to them, applied and agentic AI, and other application and data assets
- Next-Generation Assurance: Responsibility, safety, security, resilience, and compliance. AI model integrity; broad-based code and data integrity; data privacy preservation within AI models and across inter-org AIs, and other application and data assets

### ROLE WITHIN ECOSYSTEM

'Gives' to PI **Platforms:** *(Venture Studio)*

- AI x Next-Gen Cloud strategy, architecture, build, run and assurance expertise and resourcing
- New externalizable platform opportunities

# Pan Industrial Platforms





## WHAT'S IN IT FOR YOU?

Full service Venture Studio management and operations expertise and resouring

- AI x Next-Gen Cloud strategy, architecture, build, run and assurance expertise and resourcing for incubated ventures
- Venture funding
- Venture team recruitment, assembly, and ramping
- Advantaged go-to-market access via involved global industry and enterprise (clients, venture shareholders, partners and other relationships)
- Venture / portfolio company board contributions

## ROLE WITHIN ECOSYSTEM

Gives' to PI **Services**: (Development Studio)

- Access to new and evolving services, platforms, and/or utilities incubated by Pan Industrial Platforms and offered to Global Enterprise and Industry via Pan Industrial Services
- Access to a growing portfolio of existing services, platforms, and/or utilities provided by Pan Industrial's partner ecosystem across: Financial services, Real World Assets, corporate travel, immigration and mobility, logistics and transportation, supply chain management, ethical and sustainable sourcing (in turn offered to Global Enterprise and Industry by Pan Industrial Services)
- Equity and/or tokens
- At-cost cash reimbursement for services rendered

'Gives' to PI **Capital**: (Funding Vehicle)

- Deal flow
- Equity and/or tokens

# Pan Industrial Capital

## WHAT'S IN IT FOR YOU?

(Indirect) funding and other support for externalized ventures in part owned and/or utilized by Global Enterprise and Industry (via





PI Platforms Venture Studio portfolio companies)

- (Indirect) venture funding
- (Indirect) market intelligence
- (Indirect) market access / partner synergy orchestration
- (Indirect) venture / portfolio company board contributions

**ROLE WITHIN ECOSYSTEM**

'Gives' to PI **Platforms'** portfolio companies and ventures in incubation: *(Venture Studio)*

- (Direct) venture funding
- (Direct) market intelligence
- (Direct) market access / partner synergy orchestration
- (Direct) venture / portfolio company board contributions

# Contact Us

Name *

Email *

Organization *

Questions / Comments *

Submit

# PAN-INDUSTR

## we. build. trust.

 CERTIFIED ALLIANCE PARTNER

 CERTIFIED INTEGRATION PARTNER

© 2025 info@panindustrial.com | powered by AI & Next-Gen Cloud