# EXHIBIT G

ICDevs.org 

theme n/a

**Home** / Who We Are / Donations / Bounties / News / Contact



## 💪 Act now:

- Mint ICDV Tokens!
- Donate tokens via a subscription!
- One time Donation
- Sponsor a Bounty for software you need built
- Endow the bug bounty
- Tackle a bounty and earn ICP
- Follow the ICDevs.org Neuron
- Get listed on the "Builders Too Busy to Pay Attention to Your Allow-List But Will Support You When its Time" DAO

## 🖥 Who we are:

ICDevs.org (registered as The Internet Computer Developers Education and Discovery Corporation) is a 501(c)3 Texas Non-profit. 

ICDevs.org seeks to provide the general public with

- 👥 community organization
- 📖 educational resources
- 💰 funding
- 🔬 scientific discovery

… for the use and development of the Internet Computer and related technologies. It pursues activities such as

- educational symposiums
- conferences
- educational material development
- scientific and technology development
- developer funding
- open-source systems funding
- **strategic community organization**.

ICDevs.org is completely independent from the DFINITY Foundation and the ICA. Our goal is to further diversify and decentralize the Internet Computer ecosystem. By providing a United States-based non-profit organization we open up new, tax-advantaged ways, for US-based proponents of the Internet Computer to organize their resources and influence to advance the Ideals of the Internet Computer.

- Meet our Board and Advisors
- Read our Bylaws
- Find a bounty to complete and earn ICP
- Explore the languages we are creating to help build the interent computer
- Explore the languages written exploring DAOs

## 🙏 Thank you

ICDevs.org is supported by the community, corporations, daos, and projects across the IC ecosystem. Learn more about becoming a reconginzed by ICDevs at our donations page

### Recognized Donors

Recognized Donors have contributed at least 500 Liquid ICP or dedicated a 1,000 ICP neuron

cycle_dao - Special thanks to Arthur Falls who has been a financial and moral supporter of ICDevs.org since the beginning.

## ∞ What is the Internet Computer

From https://sdk.dfinity.org/docs/developers-guide/concepts/what-is-ic#

The Internet Computer is a blockchain that enables developers, organizations, and entrepreneurs to build and deploy secure, autonomous, and tamper-proof software programs.

As an application developer, you might find it useful to think of the Internet Computer as providing the following key elements:

An open communication protocol that enables general-purpose computations to run transparently directly on the internet A network that runs the protocol to provide computing capacity—for example, the hardware, CPU, and memory required to run programs—through independent data centers. A globally-accessible and scalable blockchain platform for running software applications.

ICDevs.org believes in a future where a significant portion of enterprise and consumer information management and commerces occurs with the Internet Computer involved. Our goal is that most people will be using the Internet Computer without knowing that they are doing so. To reach this goal we need a significant number of well-trained and well-equipped developers to build the infrastructure that seamlessly melds real-world activity into trustless computing infrastructure.

Places to learn more:

DFINITY Foundation Start Developing Developer forum

## 🌐 Ecosystem support:

**Current Initiatives:**

## 💰 Bounties

ICDevs.org funds code bounties. These bounties are meant to be both challenges to growing IC developers and avenues to further the scientific discovery of tech around the IC. You can help expand the number of bounties we can offer by donating.

## Directly sponsor a bounty:

If you have a piece of functionality that you need for your application and would like to sponsor a bounty, please reach out to us with specific details around endowing a bounty. A 20 ICP bounty can be endowed by donating 100 ICP to ICDevs. 20 ICP goes directly to the first bounty, 80 goes into a bounty 8 year neuorn. From this bounty neuron 2/3 of the maturity will fund more bounties and 1/3 will go into the general ICDevs.org endowment neuron.

## Accelerate a bounty:

DFINITY has awarded ICDevs.org a Foundation Grant. For each ICP donated to ICDevs on behalf of an open bounty, we will add 2 ICP to that bounty from the grant. (Maximums Apply) Pick your favorite bounty and spend DFINITY's money. Donations are tax-deductible for US Citizens and Corporations.

## Results

The following libraries and applications were funded with ICDevs Bounties:

### Libraries

- ULID - Motoko
- UUID - Motoko
- HTTP Request Parser for Motoko
- Motoko Candid
- Motoko CBOR
- Motoko Numbers
- Motoko StableBTree
- Motoko Metacalls
- Motoko DateTime Library
- Stable Buffer Updates
- GZip for Motoko
- Metacalls Motoko
- Async One Shot Flow - Motoko
- ICRC-16 Candy Library - Rust
- File Upload Pattern

### Plugins

- DFINITY Decoder - plug in - source
- Cover Browser Plug-in

### Integrations

- DAB integration with Stoic Wallet

### Applications

- A cyclesDAO
- Customer Service Dapp for Candid UI
- Axon Improvements

### Actor Scaling

- Shared Canisters - Motoko
- Storage and Indexing across canisters - Rust
- Autoscaling Nodes - Motoko
- Internet Computer Storage Protocol - Motoko
- Scaled Storage - Rust
- Bitcoin Federal Reserve - Actor Model - Motoko
- Colony Game - Actor Model - Rust

### ICRC Implementations

- ICRC-1 Motoko
- ICRC-48 Cross Canister Pipelines Motoko
- ICRC-2 Approve and Transfer From Motoko
- ICRC-3 Transaction Logs Motoko
- ICRC-4 Batch Fungible Transactions

### EVM

- EVM Sign - Rust - A no key wallet for EVM based canister wallets
- EVM Transactions
- Merkle Patricia Tree Motoko

### Security

- Role Based Access
- Role Based Access Admin

## Open Bounties

7. Bug Bounty - 20 ICP + $500 USD of ICP at award date, Endowment Available
63. EVM OpCodes and Precompiles in Motoko - 1.9 ckETH

## Assigned

27. a - Motoko NoKey Wallet - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available

## Freezer

These bounties require additional tech before they can be executed and/or have had alternate solutions presented by the community. Please review and see if you have a creative solution!

0. React-native agent - 21 ICP + $250 USD of ICP at award date, $250 Match Available
10. Motoko Prettier Plugin - $4,000 USD of ICP at award date - $2,250 ICP Match Available
11. Motoko Language Server Updates - $3,750 USD of ICP at award date, $2,500 USD of ICP match available.
12. PNG Encoder/Decoder - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
14. Big SHA256 - $1,000 USD of ICP at award date, $1,000 USD of ICP Match Available

15. Motoko Wallet - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
18. Bitcoin on the IC Reference Implementation - $10,000 USD of ICP at award date
22. a - Private Candid - Motoko - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available and b - Private Candid - Motoko - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
23.     ◦ b - Metacalls - Rust - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
37. PDF Utility Canister - Rust - $6,000 USD of ICP at award date
38. Async Flow - One Shot - Rust - $6,000 USD of ICP at award date
48. CIGDao - Your Coin Burn Brainstorming - 100,000,000 YC at award date
49. CIGDao - CIGDao Design - 400,000,000 YC at award date
51. Axon Design - $3,000 USD at award date
55. ICRC-4 Rust - $2,000 USD at award date
59. Cross-Service Poster Dapp - $5,000 USD at award date

## Awarded Bounties

1. Basic tutorials and site - 20 ICP + $1000 USD of ICP on award date, $500 Match Available
2. Add Generic DAO functions and interface to axon - 10 ICP + $2,000 USD of ICP at award date, $2,000 Match Available
3. ULID Motoko Library - 20 ICP
4. UUID Motoko Library - 20 ICP
5. CBOR developer plug-in - 10 ICP
6. Integrate DAB with Stoic Wallet - 100 ICP
8. HttpRequest Parser - 10 ICP + $2,000 USD of ICP at award date
9. Cover Browser Extention - 10 ICP + $2,000 USD of ICP at award date, $2000 ICP Match Available
3. Zip Encoder/Decoder - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
16. EVM Witness Library - $8,000 USD of ICP at award date, $2,000 USD of ICP Match Available
17. A DAO for Cycles - $1,000 USD of ICP at award date
19. CBOR and Candid Motoko Parser - $6,000 USD
20. QuickStart Dapp - Scaling With Canisters - 200 ICP First Prize, 100 ICP Second Prize, 50 ICP Third Prize
21. QuickStart Dapp - Actor Model - 200 ICP First Prize, 100 ICP Second Prize, 50 ICP Third Prize
23.     ◦ a Metacalls - Motoko - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
24. Motoko StableBTree - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
26. ICRC-1 Motoko - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
27. b - Rust NoKey Wallet - $5,000 USD of ICP at award date, $5,000 USD of ICP Match Available
28. EVM Utility Canister - $6,000 USD of ICP at award date
29. XML Parser - Motoko - $8,000 USD of ICP at award date
30. RLP - Motoko - $4,000 USD of ICP at award date
31. Merkle Patricia Tree - Motoko - $6000 USD of ICP at award date
32. EVM Transactions - Motoko - $8,000 USD of ICP at award date
33. Reg Ex Utility Canister - Rust - $4,000 USD of ICP at award date
34. Wasmer Motoko - $10,000 USD of ICP at award date
35. RegEx Motoko Analysis - $500 USD of ICP at award date
36. Signing Tree and DER Encoding - $10,000 USD of ICP at award date
39. Async Flow - One Shot - Motoko - $6,000 USD of ICP at award date
40. Fuzz Library - Motoko - $4,000 USD of ICP at award date
43. Pipelinify Updates - Motoko - $4,000 USD of ICP at award date
44. ICRC-2 and ICRC-3 - Motoko - $6,000 USD of ICP at award date
45. File Uploader Pattern - JS, Rust, Motoko - $10,000 USD of ICP at award date
47. Candy Library - Rust - $4,000 USD of ICP at award date
48. Candy Library Documentation and Refactoring - Motoko - $2,000 USD of ICP at award date
50. Customer Service Dapp - Svelte/React - $6,000 USD at award date
53. Motoko DateTime Library - $10,000 USD at award date
54. ICRC-4 Motoko - $2,000 USD at award date
60. StableBuffer Motoko Library - $1,000 USD at award date
62. Role-Based Authentication Class - Motoko - $8,000 USD at award date

## The Language Project

Defining a Form, Pattern, and Generative Language for the Internet Computer.

## The DAOs Project

Defining a Form, Pattern, and Generative Language for DAOs.

## Road Map(Increasing donations and dedicated neurons will help us accelerate our roadmap):

**Motoko file utilities:**

- PNG
- FFMPG
- GZip

**General-purpose network services:**

- Motoko Processing Pipelines
- Motoko Streams
- Motoko Scalable Data Access and Indexing

**Educational Initiatives**

- Motoko Tutorials

**Infrastructure Support**

- Motoko to Rust Bridge
- Domain-Specific Language Support

## Community

- Annual National Meeting
- Quarterly Educational Symposiums

## The Conjecture

All suitably interesting consensus mechanisms can and will be built on or ported to the Internet Computer – while enjoying sufficient security and performance that is equal or superior to other consensus platforms.

- Eth on the IC
- BTC on the IC
- Algorand/Polygon/Tendermint/etc on the IC
- ZK Implementation on the IC

## JS on the IC

- js ast secure loading
- js engine
- node.js vm inside of a canister
- fs abstractions
- stream abstractions
- network abstractions
- npm and import abstractions

##  Donations

ICDevs.org is funded by the Internet Computer community. Raising funds is essential for us to continue to be able to provide the services that are core to our misson. There are lots of ways to give and the structure of the ICP token gives us additional creative ways for the community to support our work.

### Mint ICDV - The ICDevs token or set up a Subscription

$ICDV is a utility token that is used to provide cryptographic proof of donation to ICDevs.org. It has no financial value and anyone minting the token should expect to receive no value other than social proof and self-satisfaction of contributing to public good. We hope to do fun things in the future for $ICDV holders, but there should be no expectation of financial gain or future value. If you mint $ICDV and you are a US Citizen, reach out with your block number on the ICP ledger and your tax payer information and we will get a 501c3 Tax letter to you so that you can deduct the donation on your taxes.

For each ICP donated there is 1000x bonus. 1 ICP = 1_000 ICDV. (Applies to the first 1000 ICP donated).

You can add the ICDV Token to your favorite wallet by adding a custom ICRC-2 token with the canister ID agtsn-xyaaa-aaaag-ak3kq-cai.

You can also subscribe monthly from you plug wallet. We'll pull funds monthly and you can cancel at any time. Most tokens accepted. ICP donations will be eligible for ICDV Minting in the near future!

Check out our educational youtube series where we developed the ICDV token.

Currently Donations are supported through Plug Wallet, NFID, and Internet Identity. For II, send ICP to your site based principal from the Network Nervous System.

Connect Wallet

### Tax-Deductible Donations:

The following information is informational only. Please consult a Tax Accountant to confirm that the information is relevant to your tax situation.

Other Ways to donate:

- Cash
- Liquid ICP
- Dedicate a Neuron (Least commitment…just donate your neuron maturity)
- Ethereum
- Bitcoin

The US Tax code allows you to deduct donations up to a certain amount against your income. You can donate cash or property(tokens) and the tax treatment is different depending on if you are an individual or a corporation.

### Cash Details -

Please mail checks to: ICDevs.org 27410 Villa Mountain Ct, Fulshear, TX 77441 

Please also email us at donations@icdevs.org with the check information, your address, your Name, and SSN so that we can confirm receipt and deliver you the appropriate documentation for your taxes.

### Liquid ICP Details:

Tax Deductible Donations: c8e78c28beebd305370cfc798bbe96132fcade8ac88ec742084a4e6e248913cf

Anonymous Donations: 93a3506e08e88e1f65f85990451038f7a232b6f860ee706b42cc9edec96eecee

NFT Donation Principal: p75el-ys2la-2xa6n-unek2-gtnwo-7zklx-25vdp-uepyz-qhdg7-pt2fi-bqe

For Tax Deductible Donations, please email us at donations@icdevs.org the details of your transaction(from address, date, your SSN, Address so that we can deliver you the appropriate documents you will need to document your taxes)

### Other Tokens:

#### ETH and ETH base ERC20, ETH based NFTs

Tax deductible: 0x4A7C969110f7358bF334b49A2FF1a2585ac372B8

Anonymous: 0x4666fBf259F42ff794A8732A2d9143e1F4a713c0

#### BTC:

Tax deductible: 1HcraDyV6cgbmqzCx1H3kknMYaaoZFnCMH

 ICDevs.org

Anonymous: 17UwETY4TQEpchBYby8Nvjv446a8EhGkgk

For Tax Deductible Donations, please email us at donations@icdevs.org the details of your transaction(from address, date, transaction hash, your SSN, Address) so that we can deliver you the appropriate documents you will need to document your taxes.

## 📦 NNS Governance

ICDevs.org participates in the governance of the NNS. Our goal is to vote in the interest of our developer community on NNS governance issues that affect developers.

### Our Neuron

You may follow our neuron **14231996777861930328** via the NNS and we will vote for you on governance topics

### NNS Governance FAQ

Q: When will you vote?

A: We vote on governance issues that have some direct or indirect bering on developers in the IC ecosystem.

Q: What happens if you don't vote?

A: Our neuron is configured with Eventually Reject so that we SHOULD vote on every NNS issue within 8 hours of finalization. This is not a 100% guarantee as technical issues may arise.

Q: How do you decide to vote?

A: Voting is at the discretion of ICDevs.org. We institute an always reject canister hotkey to make sure we don't miss votes, but we cannot guarantee we will not miss some votes. Currently all SNS Swaps and Updates to the NNS app that include a swap facility are rejected until the US Government clarifies its crypto stance. Please contact your local representatives and insist on clear guidelines for companies in the US that want to interact with crypto systems.

## 🏗 "Builders Too Busy to Pay Attention to Your Allow-List But Will Support You When its Time" DAO

ICDevs.org has commissioned a DAO to help community developers gain recognition for their work building up the Internet Computer ecosystem.

The DAO can be found here.

Find out more at the dev forum.

This is a Simple DAO. It lets developers record their principal in a central place where other project owners can find them and send them drops, bonuses, and other assets the may be good for testing and/or launching new efforts on the network.

Only other developers can add you to the list. Reach out to admin @ icdevs.org or https://twitter.com/icdevs_org if you would like to be considered to be added to the list. You need to provide:

1. Enough evidence of developing on the IC to convince a proposer to add the vote. If there is evidence you would not like added to the ballot, let us know.
2. A principal(plug compatible for now…we hope to add all wallets soon. Don't use an NNS principal or you won't be abel to vote.)
3. A pithy message that you would like to be shown on the public DAO web page.

You can see the current list at https://pnbcw-3qaaa-aaaag-qbpqq-cai.raw.icp0.io/.

A csv version is available at https://pnbcw-3qaaa-aaaag-qbpqq-cai.raw.icp0.io/list.

You can access the list programmatically at pnbcw-3qaaa-aaaag-qbpqq-cai with the following interface:

```
service : {
  getList: () -> (vec record {
                    principal;
                    record {
                      text;
                      int;
                    };
                  }) query;
  onList: (principal) -> (opt int) query;
}
```

⑂ v0.1.0                                                                                                              🐦 in ✉