# EXHIBIT H

github.com/icdevs/evm-dao-governance?tab=readme-ov-file

📖 **README**    ⚖️ **MIT license**

## 👥 Team Eligibility & Composition

**Team Structure**

**Core Development Team (2 members):**

1. **Austin Fatheree - Lead Backend Developer & Blockchain Architecture**

   - **Organization**: ICDevs.org / Pan Industrial
   - **GitHub**: @skilesare
   - **Twitter**: @afat
   - **Contributions**:
     - ICRC-149 backend implementation and core governance logic
     - ChainFusion HTTP outcalls integration with EVM RPC
     - Cryptographic proof verification and Merkle tree validation
     - Class-Plus architecture and upgradeable canister design
     - Astroflora project backend expertise applied to cross-chain governance

2. **Ethan Celletti - Frontend Developer & Proposal Engine**

   - **Organization**: edgCase, DAOBall, DAOVenture
   - **GitHub**: @Edjcase
   - **Twitter**: @Gekctek
   - **Contributions**:
     - Proposal engine architecture and lifecycle management
     - Modern Svelte frontend with MetaMask integration
     - User experience design and responsive interface development
     - Real-time voting dashboard and proposal visualization
     - DAO ecosystem expertise from DAOBall and DAOVenture projects