# EXHIBIT I

Developer Spotlight: ORIGYN, Rewarding and Protecting Creativity in Art, Luxury, and Media | by DFINITY | The Internet Co…

# Developer Spotlight: ORIGYN, Rewarding and Protecting Creativity in Art, Luxury, and Media



DFINITY Follow

Oct 22, 2021 · 4 min read

*ORIGYN uses machine learning, artificial intelligence, and blockchain technology to digitally certify physical goods and media.*



O  RIGYN Foundation is a Swiss not-for-profit dedicated to identifying, authenticating, and unlocking the powers of ownership for valuable objects, including luxury goods, fine art, collectibles, and media. As reported in *The New York Times*, ORIGYN uses machine learning, artificial intelligence, computer vision, and decentralized technology to mint and guarantee digital certificates by matching real-world physical goods to blockchain certificates; and applies true decentralization to more effectively secure and manage natively digital assets. These NFTs incorporate an object's "digital twin," which is a solitary, tamper-proof digital duplicate of the authenticated object.

Case 4:25-cv-94031 Document 56-9 Filed 03/06/26 in TXSD Page 3 of 6

Developer Spotlight: ORIGYN, Rewarding and Protecting Creativity in Art, Luxury, and Media | by DFINITY | The Internet Co…

This enables the object itself to become its own proof of authenticity for the first time in history.

"What ORIGYN is particularly obsessed with is making sure that we can irrefutably match that digital twin to a real world physical object," ORIGYN founding partner Mike Schwartz remarked on The Internet Computer Weekly podcast. "In particular, without meddling with the manufacturing process. No chips. No barcodes. Just the inherent DNA of the object."



ORIGYN currently covers three distinct verticals, with ORIGYN Collectibles launching imminently:

- **ORIGYN Luxury** brings guaranteed authenticity to original and pre-owned luxury items using their own biometry, enabling users to prove and trace lifetime ownership of treasured objects.

- **ORIGYN Art** authenticates and certifies physical works of art by linking NFT certificates to tangible artworks, bringing a novel dimension of co-ownership to the art world.

- **ORIGYN Digital Media** enables influencers, artists, creative talent and individuals to manage the distribution of their digital property while increasing the exposure and tradability of their works.

We asked the ORIGYN development team to share some details about the vision behind their project:

## How would you describe ORIGYN?

ORIGYN is the first pan-industry platform built on the Internet Computer. Artificial intelligence represents the core of ORIGYN's detection and prevention framework, and the ORIGYN Foundation uses advanced AI on decentralized computing to unlock new forms of value for some of the largest consumer verticals in the world, including art, media collectibles and luxury. ORIGYN was founded in Neuchâtel, Switzerland, and operates in major technology and blockchain hubs globally.

## What does your technology do? What problems does it aim to solve?

ORIGYN is building a powerful new platform that identifies, authenticates, and unlocks the powers of ownership for objects of value. As such, we are committed to preserving and sharing the legacy of human creations. We believe truth can be certified, and we're the first defense for customers, brands, and industries to ensure the authenticity of their treasured assets.

## Who are your target users?

Our target users include creators and manufacturers of both real-world physical goods and digitally native creations, their owners, consumers, retailers, and secondary market-makers.

## Where is your team based?

The ORIGYN Foundation is headquartered in Neuchatel, Switzerland, with a broad and diverse ecosystem located across California, Texas, Canada, Ukraine, London, Switzerland, and China.

## What motivated you to develop your service using blockchain technology?

ORIGYN is a not-for-profit organization building open, decentralized pan-industry platforms to serve luxury goods, art, media, and other industry sectors. Most specifically, we are focused on the identification and authentication of valuable items, which is all centered around trust. For organizational design, and through ORIGYN's tech stack, a transparent, tamper-proof environment is of paramount importance.

## Why did you choose to develop on the Internet Computer instead of other platforms (either blockchain networks or centralized solutions)?

The Internet Computer is the only decentralized network protocol in existence today that can deliver these key foundational properties at scale, with performance, while

Case 4:25-cv-04031    Document 56-9    Filed 03/06/26 in TXSD    Page 5 of 6

Developer Spotlight: ORIGYN, Rewarding and Protecting Creativity in Art, Luxury, and Media | by DFINITY | The Internet Co…

providing a template for built-in governance mechanisms that can be leveraged into each of ORIGYN's open and decentralized industry protocols.

## What surprised you most about building on the Internet Computer?

Building on the Internet Computer allows you to focus on writing the business logic without having to think about the operations around it (e.g., firewall, setting up databases, failover, authentication, etc.). It allows you to iterate faster than in traditional IT systems and focus more on building good products.

## What benchmarks for success are you aiming for?

The adoption of the ORIGYN platform by different industry partners would allow us to create a larger number of digital assets. Those assets will live in the Internet Computer and be available to interact with other open services (e.g., DeFi, etc.). The adoption of the ORIGYN verifiable assets by the customers and other open services will be a key factor for the success of ORIGYN.

## How do you anticipate developing and evolving your product or service in the future?

ORIGYN is working to deploy a full stack B2B2C solution on the Internet Computer inclusive of sophisticated AI and ML modules, computer vision, and real-time matching algorithms. Our R&D is evolving a consumer application, beyond our existing minting and matching technology for CPO, retailers, and brands, that allows individuals to identify a watch from its own biometric features using a simple smartphone. There are also other applications of our technology we plan to extend for other verticals over time.

## What other Internet Computer ecosystem projects are you excited about?

We are particularly enthusiastic about Internet Identity, stablecoins, and many other open, autonomous versions of marketplaces and industry value chain navigation, as well as encouraging a more effective distribution of wealth and power and more trustworthy systems for society, business, and government. We are also big fans of the work of Harrison Hines, Jordan Last, and Matt Symons, who are all working to advance the Internet Computer ecosystem.

## What new decentralized service or app would you like to see developed within the Internet Computer ecosystem?

We are looking forward to seeing how DeFi, crypto collateralization, and open decentralized social networks all develop in the Internet Computer ecosystem.

————

Start building at <u>smartcontracts.org</u> and join our developer community at <u>forum.dfinity.org</u>.

Blockchain    Blockchain Technology    Startup    Authentication    Nft

    

About   Write   Help   Legal

Get the Medium app