UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAX A. RADY,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON CONSULTING GROUP, INC., DE BEERS PLC, D/B/A DE BEERS GROUP, ANGLO AMERICAN PLC, ORIGYN FOUNDATION, DE BEERS JEWELLERS (US), INC., SIGNET JEWELERS LIMITED, BRILLIANT EARTH INC, DE BEERS UK LIMITED, ORIGYN RESEARCH USA LLC, PAN-INDUSTRIAL LLC, PAN INDUSTRIAL PLATFORMS LLC, AND PAN INDUSTRIAL SERVICES LLC,<br><br>Defendants. | Case No.: 4:25-cv-4031 (LHR) |

**PLAINTIFF'S FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF  DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Max A. Rady ("Plaintiff or Rady") hereby provides notice that this cause of action is hereby dismissed without prejudice as to Defendants Boston Consulting Group, Inc., De Beers PLC, d/b/a De Beers Group, Anglo American PLC, Origyn Foundation, De Beers Jewellers (US), Inc., Signet Jewelers Limited, Brilliant Earth Inc., De Beers UK Limited, Origyn  Research USA LLC, Pan-Industrial LLC, Pan Industrial Platforms LLC, and Pan Industrial Services LLC (collectively, "Defendants").

Plaintiff voluntarily dismisses each Defendant without prejudice and with each party to bear its own costs, expenses, and attorney's fees.

Dated:  June 29, 2026

Respectfully submitted,


*/s/ Karl Rupp*
Karl Rupp
Texas State Bar No. 24035243
**Sorey & Hoover LLP**
133 E. Tyler Street
Longview, Texas  75601
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Steven E. Tiller, MD Federal Bar No. 11085
(*pro hac vice* motion granted)
stiller@whitefordlaw.com
Peter J. Davis, MD Federal Bar No. 14069
(*pro hac vice* motion granted)
pdavis@whitefordlaw.com
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street – Suite 1500
Baltimore, Maryland 21202-1636
Telephone:  410.347.8700

*Attorneys for Plaintiff Max Rady*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 29th day of June, 2026.

*/s/ Karl Rupp*
Karl Rupp