United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MAX A. RADY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-25-4031 |
| THE BOSTON CONSULTING GROUP, | § | |
| INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this civil action against all defendants are voluntarily dismissed without prejudice. (Docket Entry No. 90). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on July 9, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge